OPINION # O-7416 WAS NEVER ISSUED OR

WAS WITHDRAWN.